CUMMINGS, executor, *v.* WHEELER, executor.

LUMPKIN, J. There was sufficient evidence to support the verdict; and the motion for a new trial assigning error only on the verdict as contrary to law, the evidence, and the principles of equity and justice, there was no error in overruling it.

*Judgment affirmed. All the Justices concur.*

Submitted February 3,—Decided June 19. 1909.

Complaint. Before Judge Fite. Dade superior court. April 13, 1908.

*W. P. McClatchey,* for plaintiff in error.

*R. J. & J. McCamy* and *W. U. Jacoway,* contra.